# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

RICARDO DODSON,

    Petitioner, : Case No. 2:24-cv-04076

- vs -      District Judge James L. Graham
    Magistrate Judge Michael R. Merz

WARDEN, London Correctional
  Institution,

:

    Respondent.

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 5) to the Magistrate Judge's Report and Recommendations (ECF No. 2).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

November 22, 2024.

                            /s/James L. Graham
                                James L. Graham
                            United States District Judge