# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| RICARDO DODSON, | : | Case No. 2:24-cv-4076 |
| Petitioner, | : | |
| - vs - | : | District Judge James L. Graham |
| | | Magistrate Judge Michael R. Merz |
| WARDEN, London Correctional Institution, | : | |
| | : | |
| Respondent. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections were filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Respondent's Motion to Dismiss for lack of jurisdiction (ECF No. 12) is DENIED.

April 24, 2025.

/s/James L. Graham
James L. Graham
United States District Judge
